IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION
CIVIL ACTION NO: 1:23-CV-987

| | |
|---|---|
| PROGRESSIVE PREMIER INSURANCE COMPANY OF ILLINOIS<br><br>**Plaintiff,**<br><br>v.<br><br>KILLIAN PHILIPP AND KNUD PHILIPP<br><br>**Defendants.** | **MOTION FOR DEFAULT JUDGMENT** |

Plaintiff moves the Court, pursuant to Rule 55 of the Federal Rules of Civil Procedure and other applicable law, for default judgment against Defendants Killian Philipp and Knud Philipp (hereinafter collectively "Defendants"). In support of this Motion, Plaintiff respectfully shows the Court as follows:

1. Plaintiff instituted this action on November 16, 2023, by filing a Complaint for Declaratory Judgment in the Middle District of North Carolina, said Court having jurisdiction over the subject matter of this action and jurisdiction over the Defendants.

2. Plaintiff is a multi-line, multi-state insurer incorporated under the laws of the state of Ohio and with its residence and principal place of business in the state of Ohio.

3. Upon information and belief, Defendant Knud Philipp is a citizen and resident of Forsyth County, North Carolina.

4. Upon information and belief, Defendant Killian Philipp is a citizen and resident of Kanawha County, West Virginia.

5. Upon information and belief, the Court has personal jurisdiction over the Defendants pursuant to N.C. Gen. Stat. §§ 1-75.4(5).

6. On November 17, 2023, Plaintiff had a Summons issued against the Defendants.

7. On November 20, 2023, Defendant Killian Philipp was served with the Complaint and Summons via Certified Mail, as shown in the Affidavit of Service. (*See* D.E. 6.)

8. On November 20, 2023, Defendant Knud Philipp was served with the Complaint and Summons via Certified Mail, as shown in the Affidavit of Service. (*See* D.E. 6.).

9. The subject action arises from an incident involving a motorcycle and a phantom motor vehicle that occurred on Interstate 64 near milepost 50 in Institute, Kanawha County, WV on July 24, 2023 (hereafter "Incident").

10. Subsequently, the Defendants sought coverage under a Progressive North Carolina Personal Auto Policy # 961147175 (hereinafter "Policy") for claims arising out of the Incident.

11. Personal jurisdiction was acquired over the Defendants by service of process in the manner described above and pursuant to N.C. Gen. Stat. §§ 1-75.4(5), and otherwise. Venue is proper before this Court given that this action concerns the interpretation of a North Carolina automobile insurance policy issued to the Defendants.

12. The Defendants time for filing an Answer or other responsive pleading to the Plaintiff's Complaint for Declaratory Judgment has expired, and Defendants have not filed an Answer, sought extension, or made any other response to Plaintiff's Complaint.

13. The Plaintiff filed a Motion for Entry of Default against the Defendants on December 20, 2023. (*See* D.E. 7.)

14. This Court entered an Entry of Default against the Defendants on December 20, 2023. (*See* D.E. 8.)

15. In accordance with North Carolina's choice-of-law principles, North Carolina law governs the interpretation of the Policy. The Policy was entered into within North Carolina and North Carolina holds a substantial interest in deciding the interpretation of contracts entered into within the State.

16. As such, the North Carolina Financial Responsibility Act requires a party seeking to recover uninsured motorist coverage must show that he sustained bodily injury "as the result of a collision between motor vehicles." N.C.G.S. § 20-279.21(b)(3)(b).

17. The underlying Incident did not involve a collision between motor vehicles.

18. As a result, Plaintiff is entitled to default judgment as provided by Rule 55 of the Federal Rules of Civil Procedure.

**WHEREFORE**, Plaintiff requests that default judgment be entered against Defendants Killian Philipp and Knud Philipp.

This the 25th day of January, 2024.

/s/ **Allen C. Smith**
**ALLEN C. SMITH**
**NC State Bar No. 19286**
*Hedrick Gardner Kincheloe & Garofalo, LLP*
**4201 Congress Street, Suite 300**
**Charlotte, NC 28209**
**PH:    704-319-5449**
**FAX:   704-602-8164**
**Email: acsmith@hedrickgardner.com**
*Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2024, I electronically filed the foregoing *Motion for Default Judgment* with the Clerk of Court using the CM/ECF system which will send notification of filing to all counsel of Record and I hereby certify that I have mailed the document to the following non-CM/ECF participants:

Knud Phillip
410 Dogwood TRL
Kernersville, NC 27284

Killian Phillip
2003 Lakewood Drive
Saint Albans, WV 25177

This the 25th day of January, 2024.

/s/ Allen C. Smith
ALLEN C. SMITH
NC State Bar No. 19286
*Hedrick Gardner Kincheloe & Garofalo, LLP*
4201 Congress Street, Suite 300
Charlotte, NC 28209
PH:   704-319-5449
FAX:  704-602-8164
Email: acsmith@hedrickgardner.com

*Attorney for Plaintiff Progressive Premier Insurance Company of Illnois*